MARY O'GARA, Administratrix, etc., Respondent, v. BRIDGET CLEARKIN et al., Appellants.

An executor or administrator may employ an agent if the peculiar circumstances of the estate require it, and may be allowed for all proper expenses for its care and management; but the compensation of the agent must be measured by the nature, extent and value of the services. *O'Gara* v. *Clearkin*, 2 N. Y. S. C. (T. & C.), 675, reversed.

(Argued June 17, 1874 ; decided September 22, 1874.)

THIS was an appeal from an order of General Term reversing a surrogate's decree upon the final accounting of respondent, as administratrix of the estate of William Domery, deceased. (Reported below, 2 N. Y. S. C. [T. & C.], 675.)

In her account she credited herself with various sums paid to two brothers and a sister for services to the estate. The surrogate allowed a small proportion of the sums so credited rejecting the residue. The court *held* as above, and that the amounts allowed were sufficient to pay a full compensation for the services proved to have been rendered.

*Amasa J. Parker* for the appellants.

*James Emott* for the respondent.

FOLGER, J., reads for reversal of order of General Term and affirmance of decree of surrogate.

All concur, except CHURCH, Ch. J., not voting.

Order reversed, and judgment accordingly.

———

WILLIAM H. RAYNOR, Appellant, v. MORTIMER PORTER, Respondent.

(Submitted June 18, 1874; decided September 22, 1874.)

*Ira D. Warren* for respondent.

Agree to affirm. No opinion.

All concur.

Judgment affirmed.